# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

FILED
MAY 1 0 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## Request for Early Termination of Supervision

Name of Offender:       Abi McKee              Docket No.:   CR 05-00464-01 RMW

Name of Sentencing Judge:   William B. Enright
                            United States District Judge
                            Southern District of California

Date of Original Sentence:   March 27, 2000

Original Offense:
Count One: Conspiracy to Distribute Lysergic Acid Diethylamide, 21 U.S.C. § 846 & 841(a)(1), a Class A felony

Original Sentence: Twenty-seven months custody and five years supervised release

Jurisdiction was transferred to the Northern District of California on July 19, 2005

Special Conditions: Drug/alcohol treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; if transferred to England on the prisoner exchange program, report to the probation officer within 24 hours of any re-entry into the United States; supervision waived while in England.

Prior Form(s) 12:  On October 5, 2004, the Southern District of California took judicial notice, which advised the court of the offender's arrest to driving while under the influence of alcohol.

Type of Supervision: Supervised Release     Date Supervision Commenced: September 19, 2001
Assistant U.S. Attorney: X. Jay Alvarez          Defense Counsel: Jeremy Warren (Appointed)

## Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

## Cause

NDC-SUPV-FORM 12B(2) 01/13/06

Abi McKee                                                                                                         Page 2
CR 05-00464-01

Mr. McKee has completed four (4) years of his supervised release sentence. He has satisfied all the conditions of supervision. He has maintained a stable residence and lawful employment. Mr. McKee attended weekly drug/alcohol aftercare and weekly AA/NA meetings as a consequence to his arrest to driving while under the influence on August 22, 2004. Prior to this incident, Mr. Mckee has not suffered any prior criminal convictions. Based upon Mr. McKee's excellent adjustment under supervision, it is this officer's opinion that Mr. McKee is not a risk to the community and has received the maximum benefit from supervision.

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:        220 Mar Vista Drive #79
                            Aptos, CA 95003

Respectfully submitted,                                 Reviewed by:


_____                         _____
Esmerelda A. Gupton                                     Susan Portillo
U.S. Probation Officer                                  Supervisory U.S. Probation Officer

Date Signed: May 1, 2006

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:


_____5/2/06_____                         _____
Date                                                    Ronald M. Whyte
                                                        United States District Judge


NDC-SUPV-FORM 12B(2) 01/13/06